AJ Gallo Associates, P.C.
Proposed Attorneys for the Debtor
6080 Jericho Turnpike, Suite 216
Commack, New York 11725
(631) 499-2555

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

                                                      Chapter 11

                                                      Case No. 16-72994-ast

 In re:

     ACMD HOLDING CORP.


                         Debtor,

--------------------------------------------------------------------x

## DECLARATION OF ANTHONY DONOFRIO, PRESIDENT OF DEBTOR, <u>PURSUANT TO LOCAL RULE 1007-4</u>

Anthony Donofrio, declares the following to be true and correct, under the penalty of perjury, pursuant to 28 U. S. C. sect. 1746:

1. I am the President of ACMD Holding Corp., a New York corporation.

2. The Debtor is a privately owned business.

3. I am authorized to submit this declaration pursuant to Local Rule 1007-4 of this Court in support of the Debtor's petition for relief under chapter 11 of the Bankruptcy Code.

4. The debtor was constrained to file an emergency petition requesting relief under chapter 11 of the bankruptcy Code because of a pending foreclosure action

against the sole asset of the debtor which is commercial real estate located at 5518 Merrick Road, Massapequa, New York.

5. The major creditor of the debtor is TD Bank N.A. which is the holder of a first mortgage lien and a second mortgage lien against the premises located at 5518 Merrick Road, Massapequa NY, in the combined approximate amount of $400,000.00. To the best of my knowledge, the property is not encumbered by any other liens.

6. The Debtor filed this chapter 11 proceeding to be afforded an opportunity to propose a plan of reorganization to be afforded the opportunity to restructure its debt.

## INFORMATION REQUIRED BY LOCAL RULE 1007-4

7. In addition to the foregoing, Local Rule 1007-4 requires certain information related to the Debtor, which is set forth below.

**Local Rule 1007-4 (a) (i)**

9. The Debtor is not a small business debtor within the meaning of Bankruptcy Code Section 101 (51 D).

**Local Rule 1007-4 (a) (ii)**

10. The debtor is a real estate holing company.

**Local Rule 1007-4 (a) (iii)**

11. This case was not originally commenced under Chapter 7 or 13 of Title 11 of the United States Code, 11 U. S. C. sect. 101, and et seq.  (The "Bankruptcy Code").

**Local Rule 1007-4 (a) (iv)**

12. No committee was organized prior to the order for relief in the Chapter 11 case.

**Local Rule 1007-4 (a) (v)**

13. To the best of my knowledge there are no unsecured creditors.

**Local Rule 1007-4 (a) (vi)**

14. There is one (1) secured creditor, TD Bank N.A..

**Local Rule 1007-4 (a) (vii)**

15. The sole asset of the Debtor is the property located at 5518 Merrick Road, Massapequa, New York 11758 which has an estimated fair market value of $450,000.00. There are two mortgages encumbering the property which are both held by TD Bank N.A. with an approximate amount owed of $400,000.00

**Local Rule 1007-4 (a) (viii)**

16. There are no publicly held securities of the Debtor.

**Local Rule 1007-4 (a) (ix)**

17. None of the Debtor's property is in the possession of any custodian, public officer, mortgagee, pledge, assignee of rents, or secured creditor, or any agent for such entity.

**Local Rule 1007-4 (a) (x)**

18. The Debtor operates its business from the premises located at 5518 Merrick Road, Massapequa, New York 11758.

**Local Rule 1007-4 (a) (xi)**

19. The Debtor's primary asset is the commercial real property located at 5518 Merrick Road, Massapequa, New York 11758 and the location of its books and

records are at its office located at 5518 Merrick Road, Massapequa, New York 11758.

20. No assets are located outside the territory of the United States.

**Local Rule 1007-4 (a) (xii)**

21. To the best of my knowledge, information and belief, there is one (1) action pending against the debtor's property, which as a result, necessitated the filing of the instant petition.

**Local Rule 1007-4 (a) (xiii)**

22. The Debtor's management consists of Anthony Donofrio, President of the Debtor.

**Local Rule 1007-4 (a) (xiv)**

The Debtor does not have any employees.

**Local Rule 1007-4 (a) (xv)**

23. The Debtor's estimated weekly payroll and payments to officers, stockholders, and directors for a thirty (30) day period following the Chapter 11 petition is $0.00

**Local Rule 1007-4 (a) (xvi)**

24. The estimated schedule of cash receipts and disbursements for a thirty (30) day period following the filing of the Chapter 11 petition, net cash gain or loss, obligations and receivables expected to accrue but remaining unpaid, other than professional fees is $0.00.

**INFORMATION REQUIRED BY BANKRUPTCY CODE SECTION 1116 (1) (B)**

25. That no balance sheet, statement of operations, or cash flow statement has been prepared and no Federal tax return has been filed.

## **CONCLUSION**

The Debtor believes that, given the opportunity, it will be able to propose, confirm and consummate a plan of reorganization that will be in the best interests of its estate and all of its creditors.

Executed on July 7th, 2016

\_\_/s/ Anthony Donofrio_____
ANTHONY DONOFRIO, PRESIDENT